# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141460

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SYMONE DIOR BROWN,
    Defendant-Appellant.

SC: 141460
COA: 297795
Oakland CC: 2008-224516-FC

_____/

On order of the Court, the application for leave to appeal the June 22, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

_____
Clerk